## Lee Walker, Appellee, v. Weightstill Woods, Appellant.

### Gen. No. 44,018.

opinion
filed May 4, 1948; released for publication June 4, 1948. Weightstill Woods, *pro se;* Frank Michels, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

## Howard K. Hurwith, Appellee, v. Marvin Shapiro, Appellant.

### Gen. No. 44,068.

opinion filed
May 4, 1948; rehearing denied May 18, 1948; released for publication June 4, 1948. Meyer Shapiro, for appellant; Rappaport, Clorfene & Rappaport, for appellee; Ode L. Rankin, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.